# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Steven C. Yarbrough
## United States Magistrate Judge

### Clerk's Minutes

*Silva v. ATA Services, Inc.*
15-cv-974 KBM/SCY

January 17, 2017

**PLAINTIFF'S ATTORNEY PRESENT:**    Michael Goldberg; David Urias

**DEFENDANT'S ATTORNEY PRESENT:**    Theresa Parrish

**TYPE OF PROCEEDING:**    Status Conference
Total Time - 10 minutes

**CLERK'S MINUTES:**

- The Court inquired as to the status of discovery sought by Plaintiff in the motion to compel, which was previously held in abeyance pending review of documents produced by Defendant. Plaintiff's counsel stated that Defendant has continued to produce documents related to the issues raised in the motion to compel. The last set of produced documents needs to be reviewed in order to determine whether they are responsive to the information being sought in the motion to compel. Defense counsel stated that production of documents is now complete.
- The Court stated that it will hold a status conference in 30 days to follow-up with the parties on the motion to compel and discovery issues.
- The parties agreed that it was premature to schedule a settlement conference at this time.
- The Court concluded the status conference.